Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  25−12728−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert A Boyle
361 Hopesdale Drive
Bayville, NJ 08721

Social Security No.:
xxx−xx−2560

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/7/25
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 11, 2025
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-12728-MEH

Robert A Boyle                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                          Page 1 of 4

Date Rcvd: Apr 11, 2025                    Form ID: 132                                    Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783 |
| 520588126 | | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520588131 | | Credit One Bank N.A., Greenville, SC 29602 |
| 520588133 | | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520588136 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520588137 | + | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520588138 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520588145 | | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520588154 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2025 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520592051 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2025 21:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520588123 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 11 2025 21:46:49 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520588122 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 11 2025 21:36:03 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520588125 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2025 21:35:58 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520588124 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2025 21:36:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520588129 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2025 21:36:02 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520588128 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2025 21:46:24 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520588130 | ^ | MEBN | Apr 11 2025 21:16:15 | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588135 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2025 21:27:00 | GM Financial, PO Box 78143, Phoenix, AZ |

District/off: 0312-3

User: admin

Page 2 of 4

Date Rcvd: Apr 11, 2025

Form ID: 132

Total Noticed: 39

85062-8143

| | | | |
|---|---|---|---|
| 520588134 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2025 21:27:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520598366 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2025 21:35:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520588140 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2025 21:35:39 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520614374 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2025 21:25:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520588142 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2025 21:46:53 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520588143 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2025 21:27:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520588144 | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2025 21:27:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520588148 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2025 21:24:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588146 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2025 21:47:15 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588152 | Email/Text: bankruptcy@springoakscapital.com | Apr 11 2025 21:25:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520588153 | Email/Text: bankruptcy@springoakscapital.com | Apr 11 2025 21:25:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520588150 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 11 2025 21:28:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520588151 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 11 2025 21:28:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520588156 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2025 21:24:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520588155 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2025 21:57:36 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520588158 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2025 21:23:46 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520588157 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2025 21:46:54 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520588160 | ^ MEBN | Apr 11 2025 21:15:48 | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588159 | ^ MEBN | Apr 11 2025 21:16:19 | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520617190 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520617189 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520617192 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520617191 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520617193 | * | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |

District/off: 0312-3                                      User: admin                                      Page 3 of 4

Date Rcvd: Apr 11, 2025                              Form ID: 132                              Total Noticed: 39

| | | |
|---|---|---|
| 520617194 | * | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520617196 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520617195 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617197 | * | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588132 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617198 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617199 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617200 | * | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617202 | * | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520617201 | * | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520617203 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520617204 | *+ | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520588139 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520617205 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520617206 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520588141 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617207 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617208 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617209 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520617210 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520617211 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520617212 | * | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520588149 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617216 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588147 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617213 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617214 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617219 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617220 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617217 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520617218 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520617221 | *+ | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520617223 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520617222 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520617225 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520617224 | *+ | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520617227 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617226 | * | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520588127 | ## | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 44 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Robert A Boyle bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4