| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**MARLEY & ASSOCIATES, LLC**<br>Andrew J. Marley, Esq.<br>2327 West Chester Pike, STE 201<br>Broomall PA 19008<br>(484)-836-2558 (telephone)<br>(484)-836-2561 (facsimile)<br>Amarley@amarleylaw.com<br>*Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera | |
| In Re:  Robert A. Boyle<br><br>Debtor(s). | Case No.: 25-12728-MEH<br>Chapter 13<br>Hearing Date: October 1, 2025<br>Time: 9:00am<br>Judge: Honorable Mark Edward Hall |

### MOTION FOR RELIEF
### FROM THE AUTOMATIC STAY OR CONFIRMATION OF BANKRUPCY RELIEF

COMES NOW, ARG Holdings, Inc. and Anthony & Patricia Guarnera (the 'Movants'), by and through their undersigned counsel, and pursuant to 11 U.S.C. § 532(a), respectfully move this Court for an Order granting relief from the automatic stay as it pertains to their claims against Robert and Kristin Boyle (the 'Debtors'), and in support thereof state as follows:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in this Court.

2. The Movants are creditors and parties in interest in a pending state court litigation involving the Debtors, captioned Levin Properties, L.P. v. KMB Salons, Inc., Tasmania LLC, ARG Holdings, Inc., Anthony & Patricia Guarnera, Robert & Kristin Boyle, MID-L-2378-23 (N.J. Super. Ct.).  Judgment was entered in the case for liability only against Robert Boyle, and there is a pending hearing on damages.

3. The Debtors' bankruptcy claims register does not list ARG Holdings, Inc. or Anthony & Patricia Guarnera as creditors or parties in interest as required 11 U.S Code by §532(a).

4. Accordingly, the automatic stay under 11 U.S.C. § 362(a) should not apply to the Movants' claims against the Debtors.

5. Out of an abundance of caution and in light of a recent order issued by the state court staying proceedings against both KMB and the Boyles, the Movants seek and order confirming the stay is not applicable to Movants or in the alternative relief from the automatic stay to proceed with their claims in the state court litigation.

6. The Movants have retained bankruptcy counsel in the instant matter to evaluate the implications of the Debtors' bankruptcy filing.

7. Counsel has advised that the Movants' claims do not appear to be subject to the automatic stay, as the Movants were not included on the claims register and the Movants have sought confirmation from the bankruptcy trustee.

8. The Movants have also reached out to the Debtors' bankruptcy counsel but have not received a response.

9. Cause exists to grant relief from the automatic stay under 11 U.S.C. § 362(d)(1), including lack of inclusion in the petition and the need to preserve claims in the pending litigation.

WHEREFORE, the Movants respectfully request that this Court enter an Order confirming the stay is not applicable to Movant or in in the alternative granting relief from the automatic stay to permit ARG Holdings, Inc. and Anthony & Patricia Guarnera to proceed with their claims against the Debtors in state court, and for such other and further relief as the Court deems just and proper.

Date:   8/28/2025                                        **Marley & Associates, LLC**

                                                         By:  /s/ Andrew J. Marley
                                                         Andrew J. Marley, Esquire
                                                         2327 West Chester Pike, STE 201-
                                                         Broomall PA
                                                         484-836-2558 (telephone)
                                                         484-836-2561 (facsimile)
                                                         Amarley@amarleylaw.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>**MARLEY & ASSOCIATES, LLC**<br>Andrew J. Marley, Esq.<br>2327 West Chester Pike, STE 201<br>Broomall PA 19008<br>(484)-836-2558 (telephone)<br>(484)-836-2561 (facsimile)<br>Amarley@amarleylaw.com<br>*Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera | |
| In Re:   Robert A. Boyle<br><br>Debtor(s). | Case No.: 25-12728-MEH<br>Chapter 13<br>Hearing Date: October 1, 2025<br>Time: 9:00am<br>Judge: Hon. Mark Edward Hall |

**CERTIFICATION OF COUNSEL IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY OR CONFIRMATION OF BANKRUPCY RELIEF**

The undersigned, attorney for Movants, ARG Holdings, Anthony & Patricia Guarnera, does hereby certify:

1. I am an attorney at law of the state of New Jersey and an associate with the law firm of Marley & Associates, LLC.
2. Movant is ARG Holdings, Inc. and Anthony & Patricia Guarnera.
3. Counsel for Movant affirms and verifies the facts in the Motion for Relief of Stay and/or Bankruptcy Relief are accurate.
4. Movants were awarded judgment against the debtor in state court captioned Levin Properties, L.P. v. KMB Salons, Inc., Tasmania LLC, ARG Holdings, Inc., Anthony & Patricia Guarnera, Robert & Kristin Boyle, MID-L-2378-23 (N.J. Super. Ct.) by way of

    cross claim.

5. A hearing is scheduled regarding the assessment of damages entitled to the movant and against the Debtor.

6. The Movants' claims do not appear to be subject to the automatic stay, as the Movants were not included on the claims register as required 11 U.S Code by §532(a) and the Movants have sought confirmation from the bankruptcy trustee.

7. Debtors failure to include movants relieves them from the burden of the Automatic Stay of Bankruptcy pursuant to 11 U.S.C. § 362(d)(1).

8. Movants seek an Order of the Bankruptcy Court in order to receive confirmation that such a stay does not exist.

Date:   8/28/2025                                                  **Marley & Associates, LLC**

                                                                         By:  /s/ Andrew J. Marley
                                                                         Andrew J. Marley, Esquire
                                                                         2327 West Chester Pike, STE 201-Broomall PA
                                                                         484-836-2558 (telephone)
                                                                         484-836-2561 (facsimile)
                                                                         Amarley@amarleylaw.com

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **MARLEY & ASSOCIATES, LLC** <br> Andrew J. Marley, Esq. <br> 2327 West Chester Pike, STE 201 <br> Broomall PA 19008 <br> (484)-836-2558 (telephone) <br> (484)-836-2561 (facsimile) <br> Amarley@amarleylaw.com <br> *Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera |
| In Re:   Robert A. Boyle <br><br>                     Debtor(s). |

Case No.: 25-12728-MEH

Chapter 13

Hearing Date: October 1, 2025

Time: 9:00am

Judge: Hon. Mark Edward Hall

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR CONFIRMATION OF BANKRUPCY RELIEF

TO:

*Debtor*

**Robert A Boyle**

361 Hopesdale Drive

Bayville, NJ 08721

OCEAN-NJ

**Albert Russo**

Standing Chapter 13 Trustee

CN 4853

Trenton, NJ 08650-4853

**Daniel E. Straffi**

Straffi & Straffi, LLC

670 Commons Way

Toms River, NJ 08755

732-341-3800

Fax : 732-341-3548

Email: bkclient@straffilaw.com

DEAR SIRS AND MADAMS:

 **PLEASE TAKE NOTICE** that on October 1, 2025 at 9:00AM, or as soon as counsel may be heard, the undersigned attorney for the secured creditor, , will move before the United States Bankruptcy Court, District of New Jersey, for an Order for Relief from Automatic Stay, by reason of the failure of the Debtor to include Movant on the Creditor Matrix.

 **PLEASE TAKE FURTHER NOTICE** that if you wish to contest this motion, you must file a written response with the Clerk of the Bankruptcy Court and serve a copy of the responding papers upon the undersigned at least seven (7) days before the date of the hearing.

 **PLEASE TAKE FURTHER NOTICE** that the moving party avers that no brief is necessary as the matter does not involve complex legal issues.

 **PLEASE TAKE FURTHER NOTICE** that the undersigned hereby waives oral argument and relies upon the Certifications in support of this motion unless the matter is contested.

Date: 8/28/2025

              **Marley & Associates, LLC**

              By: /s/ Andrew J. Marley, Esquire
              2327 West Chester Pike, STE 201
              Broomall PA
              (850) 422-2520 (telephone)
              (850) 422-2567 (facsimile)
              Andrew@amarleylaw.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**MARLEY & ASSOCIATES, LLC**<br>Andrew J. Marley, Esq.<br>2327 West Chester Pike, STE 201<br>Broomall PA 19008<br>(484)-836-2558 (telephone)<br>(484)-836-2561 (facsimile)<br>Amarley@amarleylaw.com<br>*Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera | |
| In Re:  Robert A. Boyle<br>,<br>             Debtor(s). | Case No.: 25-12728-MEH<br><br>Chapter 13<br><br>Hearing Date: October 1, 2025<br><br>Time: 9:00am<br><br>Judge: Hon. Mark Edward Hall |

## CERTIFICATION OF SERVICE

1. I, Riese DiGiorgio:

    ☐ represent _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Marley & Associates, LLC, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On August 28, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Motion for Relief of Automatic Stay or Confirmation of Bankruptcy Relief,***
***Certifications in support of Motion for Relief from Automatic Stay or Confirmation of Bankruptcy Relief, Proposed Order, Exhibits, Certification of Service***
3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.
4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 28, 2025                                  /s/ *Riese DiGiorgio*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Robert A Boyle**<br>361 Hopesdale Drive<br>Bayville, NJ 08721<br>OCEAN-NJ | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Daniel E. Straffi**<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br>732-341-3800<br>Fax : 732-341-3548<br>Email:bkclient@straffilaw.com | DEBTORS' ATTORNEY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**MARLEY & ASSOCIATES, LLC**<br>Andrew J. Marley, Esq.<br>2327 West Chester Pike, STE 201<br>Broomall PA 19008<br>(484)-836-2558 (telephone)<br>(484)-836-2561 (facsimile)<br>Amarley@amarleylaw.com<br>*Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera | |
| In Re:<br><br>**Robert A. Boyle**,<br><br>　　　　　　　　Debtor(s). | Case No.: 25-12728-MEH<br>Hearing Date:<br>Judge: Mark Edward Hall<br>Chapter: 13 |

| | | |
|---|---|---|
| Recommended Local Form | ☑ Followed | ☐ Modified |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of ARG Holdings, Anthony & Patricia Guarnera, under Bankruptcy Code section 11 U.S.C. § 362(d)(1) and 11 U.S. Code by §532(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Levin Properties, L.P. v. KMB Salons, Inc., Tasmania LLC, ARG Holdings, Inc., Anthony & Patricia Guarnera, Robert & Kristin Boyle, MID-L-2378-23 (N.J. Super. Ct.).

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*