| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Federal Home Loan Mortgage Corp., et al. | |
| In Re:<br><br>Robert A. Boyle,<br><br>Debtor. | Case No.:     25-12728-MEH<br><br>Chapter:           13<br><br>Hearing Date:     09/10/2025<br><br>Judge:           Hall |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 361 Hopedale Drive (Docket # 28)

Date: 09/03/2025                                        /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*