UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                      Bankr. Case No. 25-12728-MEH-13

ROBERT A. BOYLE                                           Chapter 13

         Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

         ACAR Leasing LTD d/b/a GM Financial Leasing
         PO Box 183853
         Arlington, TX  76096

By  /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 25-12728-MEH-13

ROBERT A. BOYLE  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on August 20, 2025 :

| | |
|---|---|
| Daniel E. Straffi | Albert Russo |
| 670 Commons Way | CN 4853 |
| Toms River, NJ 08755 | Trenton, NJ 08650 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx58297 / 1109589