Order Filed on October 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

**MARLEY & ASSOCIATES, LLC**
Andrew J. Marley, Esq.
2327 West Chester Pike, STE 201
Broomall PA 19008
(484)-836-2558 (telephone)
(484)-836-2561 (facsimile)
Amarley@amarleylaw.com
*Attorneys for* ARG Holdings, Inc. and Anthony & Patricia Guarnera

In Re:

**Robert A. Boyle**,

    Debtor(s).

Case No.: 25-12728-MEH

Hearing Date: 10/1/2025

Judge: Mark Edward Hall

Chapter: 13

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of ARG Holdings, Anthony & Patricia Guarnera, under Bankruptcy Code section 11 U.S.C. § 362(d)(1) and 11 U.S. Code by §532(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Levin Properties, L.P. v. KMB Salons, Inc., Tasmania LLC, ARG Holdings, Inc., Anthony & Patricia Guarnera, Robert & Kristin Boyle, MID-L-2378-23 (N.J. Super. Ct.).

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*