Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12728−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert A Boyle
   361 Hopesdale Drive
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−2560

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/1/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 1, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert A Boyle  
    Debtor

Case No. 25-12728-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Oct 01, 2025      Form ID: 148      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783 |
| 520588126 | | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520588131 | | Credit One Bank N.A., Greenville, SC 29602 |
| 520588136 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520588137 | + | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520588138 | | Lvnv Funding LLC, Greenville, SC 29602 |
| 520588145 | | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520588154 | + | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2025 01:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2025 01:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520592051 | + | EDI: PHINAMERI.COM | Oct 02 2025 03:11:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520588123 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2025 00:50:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520620580 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:51:47 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520588122 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 02 2025 01:27:17 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520727386 | + | EDI: AISACG.COM | Oct 02 2025 03:11:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520619993 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2025 01:29:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520588125 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2025 01:26:32 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520588124 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2025 00:52:50 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520662121 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:50:25 | CACH, LLC, Resurgent Capital Services, PO Box |

Case 25-12728-MEH    Doc 38    Filed 10/03/25    Entered 10/04/25 00:36:06    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 148 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | | 10587, Greenville, SC 29603-0587 |
| 520588129 | EDI: CAPITALONE.COM | Oct 02 2025 03:11:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520588128 | EDI: CAPITALONE.COM | Oct 02 2025 03:11:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520588130 | ^ MEBN | Oct 01 2025 23:21:28 | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520662531 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2025 01:41:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520588135 | EDI: PHINAMERI.COM | Oct 02 2025 03:11:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520588134 | EDI: PHINAMERI.COM | Oct 02 2025 03:11:00 | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520650733 | EDI: JEFFERSONCAP.COM | Oct 02 2025 03:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520598366 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:50:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520588140 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:50:05 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520614374 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2025 00:52:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520588142 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2025 00:51:36 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520588143 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2025 01:40:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520659845 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2025 01:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520588144 | Email/Text: bankruptcydpt@mcmcg.com | Oct 02 2025 01:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520679143 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 02 2025 01:39:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520662162 | EDI: PRA.COM | Oct 02 2025 03:11:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520588148 | EDI: PRA.COM | Oct 02 2025 03:11:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520644653 | EDI: PRA.COM | Oct 02 2025 03:11:00 | Portfolio Recovery Associates, LLC, c/o ALLY BANK, POB 41067, Norfolk, VA 23541 |
| 520644645 | EDI: PRA.COM | Oct 02 2025 03:11:00 | Portfolio Recovery Associates, LLC, c/o BJS, POB 41067, Norfolk, VA 23541 |
| 520588146 | EDI: PRA.COM | Oct 02 2025 03:11:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520645064 | EDI: Q3G.COM | Oct 02 2025 03:11:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520588133 | Email/Text: bankruptcy@springoakscapital.com | Oct 02 2025 01:39:00 | First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520626732 | Email/Text: bankruptcy@springoakscapital.com | Oct 02 2025 01:39:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |

Case 25-12728-MEH    Doc 38    Filed 10/03/25    Entered 10/04/25 00:36:06    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 148 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520588152 | | Email/Text: bankruptcy@springoakscapital.com | Oct 02 2025 01:39:00 | Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520588153 | | Email/Text: bankruptcy@springoakscapital.com | Oct 02 2025 01:39:00 | Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520588150 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2025 01:41:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520588151 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2025 01:41:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520588156 | | EDI: SYNC | Oct 02 2025 03:11:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520588155 | + | EDI: SYNC | Oct 02 2025 03:11:00 | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520588158 | | EDI: SYNC | Oct 02 2025 03:11:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520588157 | + | EDI: SYNC | Oct 02 2025 03:11:00 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520588160 | | EDI: PRA.COM | Oct 02 2025 03:11:00 | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588159 | ^ | MEBN | Oct 01 2025 23:21:35 | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520810614 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 520617190 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520617189 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520617192 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 520617191 | * | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 520617193 | * | Bac Services, LLC., Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 520617194 | * | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520617196 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520617195 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520617197 | * | Comenity Capital Bank, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588132 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617198 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617199 | * | Credit One Bank N.A., Greenville, SC 29602 |
| 520617202 | * | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 520617201 | * | Gm Financial, 801 Cherry St, Ste 3600, Fort Worth, TX 76102-6855 |
| 520617203 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520617204 | *+ | Levin Properties, LP, 975 US Highway 22, Plainfield, NJ 07060-3624 |
| 520588139 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520617205 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520617206 | * | Lvnv Funding LLC, Greenville, SC 29602 |
| 520588141 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617207 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617208 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520617209 | * | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 520617210 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520617211 | * | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520617212 | * | Monmouth Cardiology Assoc. LLC, 3601 US Highway 9, Howell, NJ 07731-3395 |
| 520588149 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Case 25-12728-MEH   Doc 38   Filed 10/03/25   Entered 10/04/25 00:36:06   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 148 | Total Noticed: 52 |

| | | |
|---|---|---|
| | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617216 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520588147 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617213 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617214 | * | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617200 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, First Bank Trust, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617219 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617220 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Springoakcap, PO Box 1216, Chesapeake, VA 23327-1216 |
| 520617217 | *+ | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 520617218 | * | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520617221 | *+ | Stark & Stark, PO Box 5315, Princeton, NJ 08543-5315 |
| 520617223 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520617222 | *+ | Synchrony Bank/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520617225 | * | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520617224 | *+ | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520617227 | * | The Bank of Missouri, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 520617226 | * | The Bank of Missouri, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520588127 | ## | Bureau of Accounts Con, 3601 US Highway 9, Howell, NJ 07731-3395 |

TOTAL: 0 Undeliverable, 45 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Marley | on behalf of Creditor ARG Holdings Inc. andrew@amarleylaw.com |
| Daniel E. Straffi | on behalf of Debtor Robert A Boyle bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Richard Abel | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Oct 01, 2025 | Form ID: 148 | Total Noticed: 52

        Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8