**Order Filed on October 1, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)** |
| **MARLEY & ASSOCIATES, LLC**<br>Andrew J. Marley, Esq.<br>2327 West Chester Pike, STE 201<br>Broomall PA 19008<br>(484)-836-2558 (telephone)<br>(484)-836-2561 (facsimile)<br>Amarley@amarleylaw.com<br>*Attorneys for* ARG Holdings, Inc. and Anthony &<br>Patricia Guarnera |

In Re:

**Robert A. Boyle**,

             Debtor(s).

Case No.:  25-12728-MEH

Hearing Date:   10/1/2025

Judge: Mark Edward Hall

Chapter:  13

| | | |
|---|---|---|
| Recommended Local Form | ☑ Followed | ☐ Modified |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of ARG Holdings, Anthony & Patricia Guarnera, under Bankruptcy Code section 11 U.S.C. § 362(d)(1) and 11 U.S. Code by §532(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Levin Properties, L.P. v. KMB Salons, Inc., Tasmania LLC, ARG Holdings, Inc., Anthony & Patricia Guarnera, Robert & Kristin Boyle, MID-L-2378-23 (N.J. Super. Ct.).

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 25-12728-MEH

Robert A Boyle                                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                   User: admin                                   Page 1 of 2

Date Rcvd: Oct 01, 2025                           Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

**Recip ID**     **Recipient Name and Address**
db     + Robert A Boyle, 361 Hopesdale Drive, Bayville, NJ 08721-2783

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

Andrew Marley
     on behalf of Creditor ARG Holdings  Inc. andrew@amarleylaw.com

Daniel E. Straffi
     on behalf of Debtor Robert A Boyle bkclient@straffilaw.com
     g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
     on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3                             User: admin                          Page 2 of 2

Date Rcvd: Oct 01, 2025                     Form ID: pdf903                     Total Noticed: 1

Matthew K. Fissel

        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
        Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Richard Abel

        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
        Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8